UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Abdigani Faisal Hussein</u>

    v.                             Civil No. 18-cv-921-JL

<u>Strafford County Department of Corrections</u>
<u>Superintendent Christopher Brackett, and</u>
<u>U.S. Immigration and Customs Enforcement</u>
<u>Boston Field Office Director Todd Lyons</u>

**ORDER**

The petition for writ of habeas corpus is GRANTED for the reasons stated on the record at today's hearing.  A bond hearing before an Immigration Judge must be provided to Hussein by November 14, 2018.  The Clerk of Court shall enter judgment in accordance with this order and close the case.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:   November 6, 2018

Cc: Benjamin J. Wahrer, Esq.
    Gilles R. Bissonnette, Esq.
    Henry Klementowicz. Esq.
    Mark J. Devine, Esq.
    SangYeob Kim, Esq.
    Twain Asher Braden, Esq.
    Thomas P. Velardi, Esq.
    Terry L. Ollila, Esq.