UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Abdigani Faisal Hussein

    v.                                 Case No. 18-cv-0921-JL

Strafford County Department
Of Corrections, Superintendent


JUDGMENT


In accordance with the order dated November 6, 2018, by Judge Joseph N. Laplante, judgment is hereby entered.


By the Court:


*/s/Tracy A. Uhrin*
_____
Tracy A. Uhrin
Chief Deputy Clerk


Date: November 13, 2018

Cc: Benjamin J. Wahrer, Esq.
    Gilles R. Bissonnette, Esq.
    Henry Klementowicz. Esq.
    Mark J. Devine, Esq.
    SangYeob Kim, Esq.
    Twain Asher Braden, Esq.
    Thomas P. Velardi, Esq.
    Terry L. Ollila, Esq.